UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALERIE FLORES,

          Plaintiff,

    v.

CA CARES, et al.,

          Defendants.

Case No.  2:26-cv-00287-DJC-CSK (PS)

ORDER

(ECF No. 17)

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2026, the Magistrate Judge filed findings and recommendations (ECF No. 17), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On May 6, 2026, Plaintiff filed objections to the findings and recommendations (ECF No. 18). The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.   The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 17) are ADOPTED IN FULL;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 11) is DENIED;

3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and

4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **May 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8/flor26cv0287.JO.obj